■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE O. SENIOR, Appellant. [921 NYS2d 860]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered January 12, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.